UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**WILLIAM BRINKMAN,** :
: 
**Plaintiff** : **CIVIL ACTION NO. 3:15-2402**
:
**v** :
: **(JUDGE MANNION)**
**PA. DEPT. of CORRECTIONS,** :
:

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and comply Court orders.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this order is deemed frivolous and not taken in good faith. See 28 U.S.C. §1915(a)(3).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:  June 14, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-2402-01-order.wpd